IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY A. BRYANT                                                                          PLAINTIFF

V.                            Case No. 4:06CV00943 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## JUDGMENT

It is Considered, Ordered, and Adjudged that judgment be entered for the plaintiff, reversing the decision of the Commissioner and remanding the case to the Commissioner for further proceedings. This is a sentence-four remand.

Dated this 26th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ John F. Forster, Jr.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE